[No. 69244-5-I.   Division One.   August 18, 2014.]

*In the Matter of the Estate of* KARL O. MOLCK.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-4-01364-0, Marybeth Dingledy, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Leach, J.

[Nos. 69621-1-I; 69622-0-I.   Division One.   August 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER M. SMITH, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 11-1-02296-4, Richard T. Okrent, J., entered October 23, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 69918-1-I.   Division One.   August 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NEGATU ABEBE FENTAHUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06322-2, Douglass A. North, J., entered February 22, 2011. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Trickey, JJ.